

# Fourth Court of Appeals
## San Antonio, Texas

May 09, 2013

No. 04-13-00197-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES JR.** An
Incapacitated Person,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011PB000081L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Just ice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

Appellees' Motion to Dismiss for Lack of Jurisdiction is ordered carried with the appeal.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of May, 2013.

_____
Keith E. Hottle
Clerk of Court